IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONNIE LOUIS BEARD, SR. | : | CIVIL ACTION |
| | : | NO. 14-4129 |
| v. | : | |
| | : | |
| PHILADELPHIA, PA COUNTY PRISON SYSTEM, et al. | : | |
| | : | |

## ORDER

AND NOW, this 25th day of June, 2015, upon consideration of the motions to dismiss by defendant Dr. Eke Kalu (Dkt. No. 10) and defendant City of Philadelphia (Dkt. No. 12), plaintiff's response (Dkt. No. 14) thereto and in accordance with the accompanying memorandum of law, it is ORDERED that defendants' motions are GRANTED and plaintiff's claims against Dr. Eke Kalu and the City of Philadelphia are DISMISSED. To the extent that plaintiff is able to allege sufficient facts to state a claim against Dr. Kalu under § 1983 for failing to receive medication and treatment while incarcerated or a Monell claim against the City of Philadelphia, plaintiff may file an amended complaint on or before July 24, 2015.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR., J.
