IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONNIE LOUIS BEARD, Sr. | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 14-4129 |
| | : | |
| CORIZON HEALTH, INC. et al. | : | |

**ORDER**

AND NOW, this 24th day of January, 2017, upon consideration of the unopposed motion for summary judgment by defendants Corizon Health, Inc. and Elmeada Frias, Dkt. No. 30, it is ORDERED that defendant's motion is GRANTED.  JUDGMENT is ENTERED in favor of defendants Corizon Health, Inc. and Elmeada Frias and against plaintiff Monnie Louis Beard, Sr., on all claims.

The Clerk of Court shall mark this case CLOSED.


  *s/Thomas N. O'Neill, Jr.*
  THOMAS N. O'NEILL, JR., J.